Liliana E. PAZMINO, Plaintiff–Appellant,

v.

LaSALLE BANK N.A., as Trustee for Lehman XS Trust Mortgage Pass Through Certificates, Series 2006–19 c/o Bank of America, N.A., a federally chartered bank, successor by merger to LaSalle Bank, N.A.; Lehman XS Trust 2006–19; Aurora Loan Services LLC, a Delaware Limited Liability Company; Mortgage Electronic Registration System, Incorporated, Defendants–Appellees,

and

CTX Mortgage Corporation LLC, a Delaware Limited Liability Company; ALG Trustee LLC, a Virginia Limited Liability company; Matthew S. Fox, an individual as Trustee; Joan E. Katz, an individual as Trustee; John and Jane Does, Certificate Holders I–M; Qui Chi Doe, Defendants.

No. 10–1739.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2011.

Decided: July 29, 2011.

Christopher E. Brown, R. Michael Smith, Brown, Brown & Brown, P.C., Al-

exandria, Virginia, for Appellant. Amy S. Owen, Ben Selan, Cochran & Owen, LLC, Vienna, Virginia, for Appellees.

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Liliana E. Pazmino appeals from the district court's final judgment entered after the district court granted Defendants' Fed.R.Civ.P. 12(b)(6) motion to dismiss her claims against Defendants, including her state law claim for quiet title. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *See Pazmino v. LaSalle Bank N.A.*, No. 1:09–cv–01173–GBL–JFA (E.D. Va. filed June 30, 2010; entered July 1, 2010); *see also Horvath v. Bank of N.Y.*, 641 F.3d 617 (4th Cir.2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*